# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS MOURATIDIS,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-2985** |
| : | |
| **TERRY M. STRADTON,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 17th day of July, 2019, upon consideration of Plaintiff Louis Mouratidis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the Court's Memorandum. Mouratidis's civil rights claims are **DISMISSED with prejudice** but he is given leave to file an amended complaint to assert claims against the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

4. Mouratidis is given thirty (30) days to file an amended complaint against the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) to seek review of decisions related to overpayment of benefits and denials of requests for waivers of overpayment. If he files an amended complaint, Mouratidis shall not reassert his civil rights claims. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court shall send Mouratidis a blank copy of the Court's form

Complaint to be used by a *pro se* plaintiff seeking review of a decision of the Commissioner of Social Security bearing the above civil action number. Mouratidis may use this form to file his amended complaint if he chooses to do so.

6. If Mouratidis fails to comply with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**